**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7218

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ABRAHAM A. ATKINS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, Senior District Judge.  (2:17-cr-00116-RAJ-RJK-6)

Submitted:  November 30, 2023                    Decided:  December 19, 2023

Before KING and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Abraham A. Atkins, Appellant Pro Se.  John Farrell Butler, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abraham A. Atkins appeals the district court's order denying his motion for compassionate release. We have reviewed the record and discern no abuse of discretion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (stating standard of review for compassionate release motions). Accordingly, we affirm the district court's order. *United States v. Atkins*, No. 2:17-cr-00116-RAJ-RJK-6 (E.D. Va., Oct. 17, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*